UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOCK MCNEELY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:20-mc-00169-RLW |
| | ) |
| LOU BLANAS, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to have his judgment filed as a separate document. (Docket No. 6). Having reviewed the motion, the Court finds that it should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to have his judgment filed as a separate document (Docket No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Docket No. 1-1, the Order for Immediate Release from Custody, as a separate document.

Dated this 17th day of July, 2020.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE