UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOCK MCNEELY, | ) |
| Petitioner, | ) |
| v. | ) No. 4:20-MC-169 RLW |
| LOU BLANAS, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner Dock McNeely's "Application for Writ of Assistance." (Docket No. 11). Based on review of the application, the Court has determined that petitioner is seeking the appointment of the Federal Public Defender to assist him in a civil matter in the Eastern District of California.

The Court is required to provide representation to a financially eligible person who is charged with a felony or Class A misdemeanor; who is a juvenile alleged to have committed an act of juvenile delinquency under 18 U.S.C. § 5031; who is charged with a violation of probation; who is under arrest; who is charged with a violation of supervised probation; who is subject to a mental condition hearing; who is in custody as a material witness; who is entitled to counsel under the Sixth Amendment; where federal law requires appointment of counsel; or who is entitled to counsel under 18 U.S.C. § 4109. *See* 18 U.S.C. § 3006A(a)(1). Petitioner's request does not fall into any of the categories for which appointment of counsel must be provided. Additionally, the Court notes that in civil cases, a pro se litigant does not have a constitutional or statutory right to appointed counsel. *Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013). The application will therefore be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's "Application for Writ of Assistance" (Docket No. 11) is **DENIED**.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 21st day of February, 2023.